

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Ben Cannon Wherry, Appellant

No. 06-19-00032-CR     v.

The State of Texas, Appellee

Appeal from the 4th District Court of Rusk County, Texas (Tr. Ct. No. CR17-313). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to reflect that appellant was convicted of a state jail felony. As modified, the judgment of the trial court is affirmed.

We further order that the appellant, Ben Cannon Wherry, pay all costs of this appeal.

RENDERED OCTOBER 4, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk